CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 28 2008

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bruckh
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| LINDA RAYNOR, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:08cv00097 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| BILL WENTZ, ET AL, ) | |
| ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

This is an action by plaintiff, Linda Raynor, pro se, against numerous defendants, including two state court judges, alleging that defendants conspired to liable and slander her and to injure and cause the death of her daughter, Candice Raynor. Plaintiff seeks leave to proceed *in forma pauperis*. Because nothing in Raynor's complaint suggests a basis for federal jurisdiction over her liable and slander claims, and the administrator of Candice Raynor's estate has filed an action to recover for Candice's personal injuries and wrongful death, Moore v. Harrrisonburg Rockingham Social Services District, 5:08cv00086, the Court dismisses this action without prejudice because Linda Raynor's complaint fails to state a claim upon which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B) (stating that a court may "at any time" dismiss an *in forma pauperis* claim if the action "fails to state a claim on which relief may be granted").

Accordingly, the Court will dismiss Raynor's complaint without prejudice.

**ENTER:** This October 28, 2008.

_____
UNITED STATES DISTRICT JUDGE